Katherine F. Parks
Nevada State Bar # 6227
**THORNDAL ARMSTRONG, PC**
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509, United States
Phone: (775) 786-2882
Email: kfp@thorndal.com

Justin A. Barker (*pro hac vice*)
Illinois State Bar #6274518
Alison S. Cooney (pro hac vice)
Illinois State Bar # 6312577
Ariana Garcia-Moore (*pro hac vice*)
Illinois State Bar #6342097
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
123 N. Wacker Drive, 21st Floor
Chicago, Illinois 60606, United States
Phone: (312) 205-7950
Email: justin.barker@nelsonmullins.com
Email: alison.cooney@nelsonmullins.com
Email: ariana.garciamoore@nelsonmullins.com

*Attorneys for Defendants* SAVAGE SERVICES CORPORATION and DANIEL WAYNE RUSSELL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLAYAH THOMAS and MICHAEL DENARD,<br><br>  Plaintiffs,<br><br>vs.<br><br>DANIEL WAYNE RUSSEL; SAVAGE SERVICE CORPORATION, A UTAH CORPORATION; and DOES 1 TO 100,<br><br>  Defendants. | Case No. 3:24-cv-00357-MMD-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' MOTION TO AMEND COMPLAINT (FIRST REQUEST)**<br><br>[ECF No. 51] |

Defendants Savage Services Corporation, Inc. ("Savage") and Daniel Wayne Russell (collectively, "Defendants") and Plaintiffs Allayah Thomas and Michael Denard (collectively, "Plaintiffs") hereby stipulate and jointly move to extend the time for Defendants to respond to

Plaintiffs' Motion to Amend Complaint [ECF No. 49], filed on December 17, 2025, by twelve (12) days—from December 31, 2025 to January 12, 2026. This is the first stipulation for extension of time to respond to Plaintiffs' Motion to Amend Complaint. In support, the parties state as follows:

1. On December 17, 2025, Plaintiffs filed a Motion to Amend Complaint ("Motion"). [ECF No. 49]. In their Motion, Plaintiffs seek to add a claim for punitive damages against Savage.

2. Defendants' response to the Motion is due December 31, 2025.

3. The parties have agreed to mediate this case with Judge Jennifer Togliotti on January 5, 2026.

4. The parties submit that good cause exists for the requested extension as the parties submit that their resources are better spent preparing for the mediation and the requested extension allows the parties and the Court to avoid unnecessary litigation costs if the case settles.

5. The parties further submit that the requested extension is reasonable considering the Christmas and New Year's holidays and will not impact any other deadlines in this case.

6. Accordingly, the parties respectfully request that this Court extend the deadline for Defendants to respond to Plaintiffs' Motion to Amend Complaint [ECF No. 49] by twelve (12) days from December 31, 2025 to January 12, 2026.

DATED this 30th day of December, 2025.

THE ZINN LAW FIRM

By: */s/ Carter M. Zinn*
  Carter M. Zinn, Esq. (*pro hac vice*)
  Justin Powers (*pro hac vice*)
  Jeremy Pollack (*pro hac vice*)
  **THE ZINN LAW FIRM**
  591 Redwood Highway, Ste. 400
  Mill Valley, CA 94941
  (415) 292-4100
   carter@zinn-law.com

DATED this 30th day of December, 2025.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Justin A. Barker*
  Justin A. Barker (*pro hac vice*)
  Alison S. Cooney (*pro hac vice*)
  Ariana Garcia-Moore (*pro hac vice*)
  **NELSON MULLINS RILEY & SCARBOROUGH LLP**
  123 N. Wacker Drive, 21st Floor
  Chicago, Illinois 60606, United States
  Phone: (312) 205-7950
  Email: justin.barker@nelsonmullins.com
  Email: alison.cooney@nelsonmullins.com
  Email:ariana.garciamoore@nelsonmullins.com

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Matthew L. Sharp, Esq.
Nevada State Bar #4746
**MATTHEW L. SHARP, LTD.**
432 Ridge St.
Reno, Nevada 89501
(775) 324- 150
matt@mattsharplaw.com

*Attorneys for Plaintiffs*
ALLAYAH THOMAS and MICHAEL DENARD

Katherine F. Parks
Nevada State Bar # 6227
**THORNDAL ARMSTRONG, PC**
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509, United States
Phone: (775) 786-2882
Email: kfp@thorndal.com

*Attorneys for Defendants* SAVAGE SERVICES CORPORATION and DANIEL WAYNE RUSSELL

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 30, 2025