Matthew L. Sharp, Esq.
Nevada State Bar #4746
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

Carter M. Zinn (CA State Bar No. 205034)
Jeremy I. Pollack (CA State Bar No. 326176)
*Admitted Pro Hac Vice*
THE ZINN LAW FIRM
591 Redwood Highway, Ste. 1150
Mill Valley, CA 94941
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
Email: carter@zinn-law.com
        jpollack@zinn-law.com

Attorneys for Plaintiffs ALLAYAH THOMAS and MICHAEL DENARD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLAYAH THOMAS and MICHAEL DENARD<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL WAYNE RUSSEL; SAVAGE SERVICES CORPORATION, A UTAH CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00357-MMD-CLB<br><br>**ORDER GRANTING PETITION BY NADINE DAVIS FOR APPOINTMENT OF GUARDIAN AD LITEM FOR ALLAYAH THOMAS;** **Federal Rule of Civil Procedure 17(c)(2)** |

I, Petitioner, Nadine Davis, state as follows.

1.      I am the mother of Allayah K. Thomas, who is named as ALLAYAH THOMAS as one of the Plaintiffs in the above-captioned action.

2.      This case relates to a motor vehicle collision that occurred on August 12, 2022, on eastbound Interstate 80 in Elko County, Nevada. The crash involved a passenger car occupied by my daughter and her then partner, Plaintiff MICHAEL DENARD, and a double-trailer truck

PETITION BY NADINE DAVIS FOR APPOINTMENT OF GUARDIAN AD LITEM
-1-

owned by Defendant SAVAGE SERVICES CORPORATION, and driven by Defendant DANIEL WAYNE RUSSEL, who was an employee of Defendant SAVAGE SERVICES CORPORATION. The crash resulted in injuries to Plaintiffs ALLAYAH THOMAS and MICHAEL DENARD. The Complaint in the matter was filed on August 9, 2024. The case resolved in principal at mediation at the end of January 2026.

3.     From the inception of the litigation, I have acted as ALLAYAH THOMAS' power of attorney based on a power of attorney document she signed at the time our counsel, the Zinn Law Firm, was retained. It is my understanding that, as a condition of settlement, Defendants have required that the Court officially designate me as MS. THOMAS' Guardian Ad Litem so that my legal authority to execute a legally binding settlement agreement will not be challengeable.

4.     Therefore, I hereby ask the Court to appoint me as ALLAYAH THOMAS' Guardian Ad Litem pursuant to its authority under Federal Rule of Civil Procedure 17(c)(2), and I consent to such appointment.

5.     I am not aware of any actual or potential conflict of interest that arose, or would arise, from this appointment.

6.     To protect the privacy of my daughter, the further grounds supporting this application will be submitted under seal in further Declaration submitted by ALLAYAH THOMAS' attorney, Carter M. Zinn and the Exhibits attached thereto.

I declare under the penalty of perjury under the laws of the States of California and Nevada that the foregoing is true and correct.

Dated: _5/28/2026_     _____
                                        Nadine Davis

Consistent with the limited power of attorney I have granted her to assist me in performing my duties to carry out this litigation, I hereby consent to the appointment of my mother, Nadine Davis, as my guardian ad litem for all purposes in this litigation, including executing any settlement agreement on my behalf.

Dated: _5/28/2026_     _____
                                        Allayah Thomas

PETITION BY NADINE DAVIS FOR APPOINTMENT OF GUARDIAN AD LITEM
-2-

## **ORDER**

Based on the Petition of Nadine Davis to be Appointed Guardian ad Litem for Plaintiff ALLAYAH THOMAS, the Declaration of their counsel, Carter M. Zinn, and the exhibits thereto, the Petition for an Order Appointing Nadine Davis as Guardian ad Litem for ALLAYAH THOMAS is GRANTED. Nadine Davis shall have legal authority to execute all settlement and other case-related documents as needed to finalize the settlement agreement and represent the interests of ALLAYAH THOMAS in the matter.

IT IS SO ORDERED

Dated: June 25, 2026

_____
United States District Judge

PETITION BY NADINE DAVIS FOR APPOINTMENT OF GUARDIAN AD LITEM
-3-

**CERTIFICATE OF SERVICE**

I, Marc Voisenat, Jr., declare: My business address is 591 Redwood Highway, Suite 1150, Mill Valley, California 94941. I am employed in the City of Mill Valley, in the County of Marin. I am over the age of eighteen years and not a party to this action. On June 5, 2026, I served the following documents described as:

**PETITION BY NADINE DAVIS FOR APPOINTMENT OF GUARDIAN AD LITEM FOR ALLAYAH THOMAS; Federal Rule of Civil Procedure 17(c)(2)**

**CERTIFICATE OF SERVICE**

on the following person(s) in this action addressed as follows:

Justin Baker, Esq.
Alison Cooney, Esq.
Nelson Mullins
123 N. Wacker Drive, 21st Floor
Chicago, IL 60606
Email: justin.barker@nelsonmullins.com; alison.cooney@nelsonmullins.com
CC: Ariana.garciamoore@nelsonmullins.com

Katherine Parks
Thordal Armstrong
Email: KFP@thorndal.com

*Attorneys For Defendant Daniel Wayne Russell, and Savage Services Corporation*

[X]    BY ELECTRONIC SERVICE VIA EMAIL – Pursuant to Federal Rule 5(b)(2)(e), I caused the above-entitled document(s) to be served on counsel for the above-listed party via email from the electronic address mvoisenat@zinn-law.com.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 5, 2026 in Alameda, CA

By:
/s/ Marc Voisenat, Jr.
_____

CERTIFICATE OF SERVICE
-1-