Matthew L. Sharp, Esq.
Nevada State Bar #4746
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

Carter M. Zinn (CA State Bar No. 205034)
Jeremy I. Pollack (CA State Bar No. 326176)
*Admitted Pro Hac Vice*
THE ZINN LAW FIRM
591 Redwood Highway, Ste. 1150
Mill Valley, CA 94941
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
Email: carter@zinn-law.com
        jpollack@zinn-law.com

Attorneys for Plaintiffs ALLAYAH THOMAS and MICHAEL DENARD

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLAYAH THOMAS and MICHAEL DENARD<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL WAYNE RUSSEL; SAVAGE SERVICES CORPORATION, A UTAH CORPORATION; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00357-MMD-CLB<br><br>**ORDER GRANTING PETITION BY CHENOA DENARD FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF MICHAEL DENARD; Federal Rule of Civil Procedure 17(c)(2)** |

I, Petitioner, Chenoa Denard, state as follows.

1.     I am the mother of Plaintiff MICHAEL DENARD, who is one of the Plaintiffs in the above-captioned action.

2.     This case relates to a motor vehicle collision that occurred on August 12, 2022, on eastbound Interstate 80 in Elko County, Nevada. The crash involved a passenger car driven by my

son MICHAEL DENARD in which his partner at the time, Plaintiff ALLAYAH THOMAS, was riding as a passenger in the front passenger seat. Their vehicle collided with a double-trailer truck owned by Defendant SAVAGE SERVICES CORPORATION and driven by Defendant DANIEL WAYNE RUSSEL, who was an employee of Defendant SAVAGE SERVICES CORPORATION. The crash resulted in injuries to Plaintiffs ALLAYAH THOMAS and MICHAEL DENARD.

3.      The Complaint in the matter was filed on August 9, 2024. The case resolved in principle at mediation at the end of January 2026.

4.      From the inception of the litigation, I have acted as MICHAEL DENARD's power of attorney based on a power of attorney document he signed at the time our counsel the Zinn Law Firm was retained. It is my understanding that, as a condition of settlement, Defendants have required that the Court officially designate me as MICHAEL DENARD's Guardian ad Litem so that my legal authority to execute a legally binding settlement agreement will not be challengeable.

5.      Therefore, I hereby ask the Court to appoint me as MICHAEL DENARD's Guardian ad Litem pursuant to its authority under Federal Rule of Civil Procedure 17(c)(2), and I consent to such appointment.

6.      I am not aware of any actual or potential conflict of interest that arose, or would arise, from this appointment.

7.      To protect the privacy of my son, the further grounds supporting this application will be submitted under seal in a further Declaration submitted by MICHAEL DENARD's attorney, Carter M. Zinn, and the Exhibits attached thereto.

I declare under the penalty of perjury under the laws of the States of California and Nevada that the foregoing is true and correct.

Dated: 5/29/26

_____
Chenoa Denard

PETITION BY CHENOA DENARD FOR APPOINTMENT OF GUARDIAN AD LITEM FOR
PLAINTIFF MICHAEL DENARD
-2-

Consistent with the limited power of attorney I have granted her to assist me in performing my duties to carry out this litigation, I hereby consent to the appointment of my mother, Chenoa Denard, as my guardian ad litem for all purposes in this litigation, including executing any settlement agreement on my behalf.

Dated: 5/29/22026

Michael Denard

## ORDER

Based on the Petition of Chenoa Denard to be Appointed Guardian ad Litem for Plaintiff MICHAEL DENARD, the Declaration of Carter M. Zinn submitted in support of this Petition, and the exhibits thereto, the Petition for an Order Appointing Chenoa Denard as Guardian ad Litem for MICHAEL DENARD is GRANTED. Chenoa Denard shall have legal authority to execute all settlement and other case-related documents as needed to finalize the settlement agreement and represent the interests of MICHAEL DENARD in the matter.

IT IS SO ORDERED

Dated:_____ June 25, 2026

_____
United States District Judge