Matthew L. Sharp, Esq.
Nevada State Bar #4746
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

Carter M. Zinn (CA State Bar No. 205034)
Jeremy I. Pollack (CA State Bar No. 326176)
*Admitted Pro Hac Vice*
THE ZINN LAW FIRM
591 Redwood Highway, Ste. 1150
Mill Valley, CA 94941
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
Email: carter@zinn-law.com
jpollack@zinn-law.com

Attorneys for Plaintiffs ALLAYAH THOMAS and MICHAEL DENARD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALLAYAH THOMAS and MICHAEL DENARD

Plaintiffs,

v.

DANIEL WAYNE RUSSELL; SAVAGE SERVICES CORPORATION, A UTAH CORPORATION; and DOES 1 through 100, inclusive,

Defendants.

Case No. 3:24-cv-00357-MMD-CLB

**ORDER GRANTING STIPULATION RE: THE PARTIES' REQUEST TO SEAL THE OCTOBER 6, 2026 DECLARATION OF CARTER M. ZINN IN SUPPORT OF PLAINTIFFS' PETITION TO APPROVE SETTLEMENT AND ESTABLISH SPECIAL NEEDS TRUSTS; PLAINTIFFS' REQUEST TO RE-FILE SUCH DECLARATION; AND DEFENDANTS' APPROVAL OF THE FORM OF PLAINTIFFS' PROPOSED ORDER REGARDING THE PETITION TO APPROVE THE SETTLEMENT**

**TO THE HONORABLE COURT:**

Plaintiffs ALLAYAH THOMAS and MICHAEL DENARD, on one hand, and Defendants Savage SERVICES CORPORATION, and DANIEL WAYNE RUSSELL, on the other, through their counsels of record, do hereby represent, as follows:

WHEREAS, on October 6, 2026, Plaintiffs filed their redacted Petition to Approve Settlement and Request to Establish Special Needs Trusts (the "Petition") and the Declaration of Carter M. Zinn in Support of Plaintiffs' Petition to Approve Settlement and Request to Establish Special Needs Trusts, with attached exhibits (the "October 6, 2026 Zinn Declaration"). The Declaration was characterized in the Court's file as Attachment 1 to the Petition, and they were denominated together as ECF No. 83 in the Court's file;

WHEREAS, also on October 6, 2026, Plaintiffs filed their Motion to Seal specific potions of the Petition, the Declaration, and the entirety of certain exhibits thereto (ECF No. 84);

WHEREAS, Exhibit 12 to the October 6, 2026 Zinn Declaration consisted of the November 19, 2025 expert report of trucking safety expert Paul Herbert;

WHEREAS, the top of page 56 of Mr. Herbert's report contained a screenshot from a portion of a document that was marked by Savage in discovery as Confidential and therefore protected by a Stipulated Protective Order entered by the Court on January 16, 2025, as ECF No. 25; and

WHEREAS, Plaintiffs dispute this document is entitled to Confidential protection under applicable law, and by this Stipulation, do not waive the right to challenge the appropriateness of such designation and/or whether Savage followed the required procedures of the Protective Order to confirm its Confidential status.

In the spirit of compromise and with the goal of minimizing demands on judicial resources, the Parties through their counsel of record **DO HEREBY STIPULATE** as follows:

1. The redacted October 6, 2026 Declaration of Carter M. Zinn in Support of Plaintiffs' Petition to Approve Settlement and Request to Establish Special Needs Trusts filed by Plaintiffs on that day, and which the Court named as Attachment 1 to the redacted Petition to Approve Settlement and Request to Establish Special Needs Trusts (collectively denominated as

ECF No. 83), shall be permanently sealed, on the grounds that Defendants contend material on the top of page 56 to Exhibit 12 to the Oct. 6 Zinn Declaration was Confidential under the Court's Stipulated Protective Order entered on January 16, 2025 as ECF No. 25.

2. The Parties respectfully request that the Court instead accept for filing the redacted October 26, 2026 Declaration of Carter M. Zinn in Support of Plaintiffs' Petition to Approve Settlement and Request to Establish Special Needs Trusts filed herewith, which is attached to the Stipulation (ECF No. 89) as Exhibit 1. Plaintiffs' counsel represents that this Declaration and its exhibits are identical to that filed on October 6, 2026 other than it redacts the contested matter contained in Exhibit 12 which Defendants have asked to be removed.

3. In exchange for, and as a condition of obtaining Plaintiffs' agreement to seal such portion of the October 6, 2026 Zinn Declaration, Defendants, and each of them, hereby agree that they will not request or petition to Court to remove or seal in its public file any further material contained in the subject Petition filed as ECF No. 83, the October 26, 2026 Zinn Declaration, or the Proposed Order regarding the subject Petition attached to the Stipulation (ECF No. 89) as Exhibit 2.

4. The Parties also respectfully request that the Court apply Plaintiffs' Motion to Seal filed on October 6, 2026 (ECF No. 84) to the October 26, 2026 Zinn Declaration and its exhibits as filed herewith.

5. Pursuant to the Court's Minute October 26, 2026 Minute Order requiring counsel to file a proposed order granting the petition to approve the settlement by October 27, 2026, Plaintiffs hereby submit their [Proposed] Order Re Plaintiffs' Petition for Approval of Proposed Settlement and Requests to Establish Special Needs Trust filed herewith, and which is attached to the Stipulation (ECF No. 89) as Exhibit 2. Defendants have reviewed this proposed order. They do not oppose its entry and approve it as to form.

**IT IS SO STIPULATED.**

Dated: October 26, 2026

THE ZINN LAW FIRM

By: ______________________

Carter M. Zinn, Esq. (*pro hac vice*)
California State Bar #205034

**THE ZINN LAW FIRM**
591 Redwood Highway, Ste. 1150
Mill Valley, CA 94941
(415) 292-4100
Email: carter@zinn-law.com

*Attorneys for Plaintiffs* ALLAYAH THOMAS and MICHAEL DENARD

Dated: 10/26/2026

NELSON MULLINS

By: ______________________

Justin A. Barker (*pro hac vice*)
Illinois State Bar #6274518
**NELSON MULLINS**
123 N. Wacker Drive, 21st Floor
Chicago, Illinois 60606
Phone: (312) 205-7950
Email: justin.barker@nelsonmullins.com

*Attorneys for Defendants* SAVAGE SERVICES CORPORATION and DANIEL WAYNE RUSSELL

**IT IS SO ORDERED**

DATED this 27th day of October, 2026.

______________________________
Miranda M. Du, U.S. District Judge